SLIP OP. 07-75

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE DELISSA A. RIDGWAY, JUDGE

| | |
|---|---|
| FORMER EMPLOYEES OF INTERNATIONAL BUSINESS MACHINES CORPORATION, ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Court No. 04-00079 |
| UNITED STATES SECRETARY OF LABOR, ) ) ) | |
| Defendant. ) | |

JOINT STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(B) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

*Patricia M. McCarthy*

PATRICIA M. McCARTHY
Assistant Director

*/s/*
J. MICHAEL TAYLOR, ESQ.
King & Spalding
1700 Pennsylvania Avenue, NW
Washington DC  20006
Tel:  (202) 737-0500
Fax:  (202) 626-3737

Counsel for Plaintiffs

Dated: May 4, 2007

*/s/*
MICHAEL D. PANZERA
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Department of Justice
1100 L St., N.W., Classif. Unit, 8th Fl.
Washington, D.C.  20530
Tel.: (202) 305-7587
Fax: (202) 353-7988

Attorneys for Defendant

Dated: May 4, 2007

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 04-00079 | Former Employees of International Business Machines Corporation |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: S-7-07

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____    By: _____
                                      Deputy Clerk